UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
SEP 17 2009

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| MARGARET A. BENSON, M.D., | * | CIV 08-4072 |
| Plaintiff, | * |  |
| vs. | * | ORDER |
| SANFORD HEALTH, a South Dakota Corporation; and SANFORD MEDICAL CENTER, a South Dakota Corporation, | * |  |
| Defendants. | * |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The parties have stipulated but have not explained why there should be a Protective Order. Protective Orders are appropriate in some cases despite a public interest in open court files. Good cause must be shown as to why a Protective Order is necessary. It may well be that some of the information should be subject to a Protective Order, but the Stipulation seems to contemplate that virtually the entire file would be sealed. No legal or factual basis has been shown for such a broad Order. This denial is without prejudice to the parties submitting a less restrictive proposed Protective Order with explanation as to why a Protective Order is necessary. Accordingly,

IT IS ORDERED:

1. That the parties must show good cause for the entry of a Protective Order.

Dated this 17th day of September, 2009.

BY THE COURT:

*/s/ Lawrence L. Piersol*
Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: *Colleen Schulte*
DEPUTY